No. 72–5452. DARAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5456. FLORES *v.* EMPLOYERS' FIRE INSURANCE COMPANY OF SAN ANTONIO, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 72–5457. STROLLO *v.* ALLDREDGE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 72–5461. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5462. LEE *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 72–5463. HILL *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 72–5465. BERRYHILL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5466. LEWIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 71–1634. ZEMLIAK *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6929. KOCHEL *v.* MARYLAND. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–164. HONEYCUTT *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.